# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>**Re: D.I. 522 and 534** |
| Citadel Watford City Disposal Partners, L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Troy Gould P.C.,<br><br>Defendant. | Adv. Proc. No. 16-51558 (KJC)<br><br>**Re: D.I. 9** |

## ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN CITADEL WATFORD CITY DISPOSAL PARTNERS, L.P., ET AL AND TROY GOULD P.C.

AND NOW, upon consideration of the Settlement Agreement attached hereto as **Exhibit A**, by and between Citadel Watford City Disposal Partners, L.P., et al., and Troy Gould P.C. (the "Settlement Agreement"); and the Court having jurisdiction over the matters raised in the Settlement Agreement pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Settlement Agreement and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Settlement Agreement having been provided, and it appearing that no other or further notice need be

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, c/o Gavin/Solmonese 919 North Market Street, Suite 600, Wilmington, DE 19801.

{12058-001 ORD A0466432.DOC}

provided; and the Court having determined that the relief sought in the Settlement Agreement is in the best interests of the Debtors, their estates, creditors, and all parties-in-interest, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Settlement Agreement is approved.

2. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

BY THE COURT:

Dated: March 27, 2017

THE HONORABLE KEVIN CAREY
UNITED STATES BANKRUPTCY JUDGE

{12058-001 ORD A0466432.DOC}